# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-

JUN 12 2023

At_____
Chanda J. Berta, Acting Clerk  M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

**Cantrell L James**,
[You are the PLAINTIFF, print your full name on this line.]

v.

**Juestel ohs**,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

1:23CV240

Case Number 15111Z/154797
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] **JUESTEL-OHS** | 5501 South 1100 West Westville, IN 46391 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **1**

2. What is the name and address of your prison or jail? **Westville Correction Facility 5501 South 1100 West Westville, IN 46391**

3. Did the event you are suing about happen there? ● Yes ○ No, it happened at: _____

4. On what date did this event occur? **2-9-2023 / 4-20-23**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                                                        page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On 2/9/23 I met Juestel-ohs for Sick Call, I Tell her I have asthma, arthrtiss, and I thrown it out my back be for here pushing Karts, and I have weak muscles, and I struggle with lithuam. I ask Juestel-ohs of I can get back on my muscles and relaxer Juestel-ohs No! I Tell Juestel-ohs all These symptons keep me from pushing karts, Juestel-ohs lie to me and rackal profil me, Juestel-ons said I know for a fact you go out to wreck eveyday and play Baseball. I Tell Juestel-ohs I don't go to wreck! So you don't know me. Juestel-ohs kick me out refuss my treament. Juestel-ohs Try To make it a compition wind I Tell Juestel-ohs about my Back ben thrown out here! Juestel-ohs said once sheeze and thrown Back out for Two months, like my problems didn't matter. Juestel was unprofessial and Juestel-ohs Fury came out at me. Juestel-ohs didn't follow The propterty policy To Take care of my medical need. Thing Juestel-ohs said There people with rods and pins in Their Back comparing There problems To mind, give me nothing for The pain and suffering

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Pro Se 14 (INND Rev. 2/20)                                                                 page 3

Claims and Facts (continued)

2-9-23 The Grievance Response, I were being rude, visit was ended. On 4-20-23 I met with Juestel-ohs was unproffesional, sexist, and discriminatory. I told Juestel-ohs about my problems and again Juestel-ohs compared my problems to Juestel-ohs, also brought up someone that dealt with earlier and said that Juestel-ohs already dealt with one asshole today. Then Juestel-ohs made a comment and said when will man, woman up? When I desribed my pain, Juestel-ohs also went to say "on a scale of 1 to 10, how hard is it to make food on the floor, Juestel-ohs is taking her problems out on us. 1 How could Juestel-ohs say I was rude in the first grievance, when I voiced my opinion to Juestel-ohs racial discrimiation 2 I never told her I play basketball or ever went to Rec, so how could Juestel-ohs make these assumption 3 I believe the basketball comment was a racial stereotype 4 I believe that the comment Juestel-ohs made about throwing out her back while making food for her kids was sexist and then the comment Juestel-ohs made in the second grievance about "when will man woman up?" was ist too And discrimination of me being a male SGT. Johnson wrote the incident report when I hurt my lower back pushing the laundry cart on 8-4-22, I have all my records of sick call ask for help for my pain this is not some thing I made up, you can check my background history

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                 page 4

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ● After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   pay money and fire Juestel-ohs

[Initial Each Statement]
   √ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   √ I will keep a copy of this complaint for my records.
   √ I will promptly notify the court of any change of address.
   √ I WILL NOT send more than one copy of any filing to the court.
   √ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   √ I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on 6 / 3 / 2023 at 2:00 am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   Cortrell Jones                                              260579
   Signature                                                   Prisoner Number

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]